UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAY X 2 2012

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| TIMOTHY O'LAUGHLIN, | ) | **4:12CR 00181CDP** |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

Beginning in or around July 2011, and continuing through April 2012, in the Eastern

District of Missouri, and elsewhere,

**TIMOTHY O'LAUGHLIN,**

the Defendant herein, with the intent to harass and to place under surveillance with the intent to

harass and intimidate, and to cause substantial emotional distress to a person in another State,

namely R.J., did use interactive computer services and facilities of interstate commerce to engage

in a course of conduct that caused substantial emotional distress to R.J. and placed R.J. in

reasonable fear of the death of, and serious bodily injury to, herself and members of her

immediate family.

In violation of Title 18, United States Code, Section 2261A(2)(A).

## COUNT TWO

The Grand Jury further charges that:

Beginning in or around July 2000, and continuing through April 2012, in the Eastern

District of Missouri, and elsewhere,

### TIMOTHY O'LAUGHLIN,

the Defendant herein, with the intent to harass and to place under surveillance with the intent to

harass and intimidate, and to cause substantial emotional distress to a person in another State,

namely E.C., did use interactive computer services and facilities of interstate commerce to

engage in a course of conduct that caused substantial emotional distress to E.C. and placed E.C.

in reasonable fear of the death of, and serious bodily injury to, herself and a member of her

immediate family.

In violation of Title 18, United States Code, Section 2261A(2)(A).

## COUNT THREE

The Grand Jury further charges that:

On or about December 6, 2011, in the Eastern District of Missouri, and elsewhere,

### TIMOTHY O'LAUGHLIN,

the Defendant herein, did knowingly transmit in interstate commerce a communication

containing a threat to injure the person of another, to-wit: an interstate telephone call from the

State of Illinois to offices of The Boeing Company located in the Eastern District of Missouri.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

_____

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____

D. JOHN SAUER, #58721MO
Assistant United States Attorney