# United States District Court

Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward
  Clerk of Court

314-244-7900

August 16, 2012

Nanci McCarthy
Federal Public Defender's Office
1010 Market Street, Suite 200
St. Louis, MO 63101

RE:  USA v. O'Laughlin
Case #  4:12CR181 CDP/TIA

Dear Ms. McCarthy:

The enclosed document is being forwarded to you because Judge Mummert does not have a pending case with Mr. O'Laughlin. Since the defendant is in custody and the return address is not a jail or correctional center, you are the only one I am able to send the document.

Sincerely,
JAMES G. WOODWARD, CLERK


By:  /s/ M. Berg
    Deputy Clerk

Enclosure