**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No.  4:12 CR 181 CDP/TIA |
| | ) |
| **TIMOTHY O'LAUGHLIN,** | ) |
| | ) |
| **Defendant.** | ) |

**SUBSTITUTION OF COUNSEL**

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Jennifer J. Roy, Assistant United States Attorney for said District, and hereby enter their appearance as attorneys for the Government replacing D. John Sauer from this office who previously appeared for the Government.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


 *s/Jennifer J. Roy*
JENNIFER J. ROY, #47203MO
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri   63102
(314) 539-2200

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the above and foregoing was filed electronically on April 9, 2013, with the clerk of courts and counsel of record.

                                *s/Jennifer J. Roy*
                                JENNIFER J. ROY, #47203MO
                                Assistant United States Attorney